In the Matter of the Application of THE ASSOCIATION FOR THE PROTECTION OF THE ADIRONDACKS, a Membership Corporation, and /or JOHN G. AGAR, a Citizen of the State of New York, for an Order of This Court Conferring Its Consent to the Institution of Proceedings to Determine the Validity of Chapter 417 of the Laws of 1929.— Application granted, that consent of this court be given, and order directed as proposed and consented to by the Attorney-General. Application of Lewis, Garvin & Kelsey for leave to appear in this proceeding is prematurely made. If action is brought application can be made to the court before which the action is triable. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JOSEPH CALLOW, Respondent, against HARRY FEINBERG and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The order entered herein on May 22, 1929,† is amended to read as follows: Ordered that the award of the State Industrial Board be and the same is hereby reversed and the matter remitted to said Board that it may make a finding as to whether or not the employer and carrier have waived the bar of the statute by making advance payments or otherwise; and to determine whether or not in the interests of justice the claimant shall be permitted to file a claim for compensation under section 28 of the Workmen's Compensation Law, as amended by section 7 of chapter 754 of the Laws of 1928; and to make final determination of the claim, with costs to the appellants against the State Industrial Board to abide the event. Present — Vau Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ALBERT ANDERSON, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

EDWARD HARRIS, Respondent, v. MISCHA BARENBLATT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

EMMA O. BENNETT, Respondent, v. JOHN CUPINA and Others, Individually and as the Board of Trustees of School District No. 4 of the Town of Dickinson, Broome County, N. Y., Appellants.— Judgment modified by striking out the names of the trustees individually as defendants, and as so modified affirmed, with costs. Davis, Hinman and Hasbrouck, JJ., concur; Van Kirk, P. J., and Whitmyer, J., dissent.

HOWARD RIDALL, Respondent, v. ARCHIBALD COURSON, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of SAMUEL HOLDER, Respondent, against GENERAL ACOUSTIC COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

† Decision remitting case, made April 30, 1929, in open court, was not received by Reporter.